IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES L. SANDERS,

    Petitioner,                  No. CIV S-05-2250 FCD DAD P

    vs.

DIRECTOR OF CDC, et al.,

    Respondents.              ORDER

_____/

    Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an amended petition for a writ of habeas corpus pursuant to this court's March 29, 2007 order.

    Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended petition for writ of habeas corpus, exhibits, and memorandum in support of amended petition for writ of habeas corpus.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondents are directed to file a response to petitioner's amended petition for writ of habeas corpus (Docket Entry No. 16), exhibits (Docket Entry No. 17), and memorandum in support of amended petition for writ of habeas corpus (Docket Entry No. 18). See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other

1

1  documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254
2  Cases;
3      2. If the response to the habeas petition is an answer, petitioner's reply, if any,
4  shall be filed and served within thirty days after service of the answer;
5      3. If the response to the habeas petition is a motion, petitioner's opposition or
6  statement of non-opposition to the motion shall be filed and served within thirty days after
7  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
8  thereafter; and
9      4. The Clerk of the Court shall serve a copy of this order together with a copy of
10  petitioner's amended petition for writ of habeas corpus (Docket Entry No. 16), exhibits (Docket
11  Entry No. 17), and memorandum in support of amended petition for writ of habeas corpus
12  (Docket Entry No. 18) on Michael Patrick Farrell, Senior Assistant Attorney General.
13  DATED: May 10, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sand2250.100