IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES L. SANDERS,**<br><br>                              Petitioner,<br><br>        v.<br><br>**DIRECTOR OF CDC, et al.,**<br><br>                              Respondents. | No. CIV S-05-2250 FCD DAD P<br><br>**ORDER** |

On July 19, 2007, respondents requested a 90-day extension of time to file a response to petitioner's application for a writ of habeas corpus.  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondents shall have until October 18, 2007, to answer or file another pleading responsive to the petition for writ of habeas corpus.

DATED: July 24, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/sand2250.111