IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES L. SANDERS,

       Petitioner,                  No. CIV S-05-2250 FCD DAD P

    vs.

DIRECTOR OF CDC, et al.,

       Respondents.          ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a request for default judgment.

        On May 10, 2007, the court directed respondent to file an answer to petitioner's habeas petition. Subsequently, respondent filed a request for an extension of time. Finding good cause, this court granted the request and ordered respondent to file an answer or responsive pleading on or before October 18, 2007. Petitioner contends that respondent's failure to comply with court deadlines entitles him to a default judgment. Generally, petitioner is not entitled to a default judgment for the failure to respond to claims raised in a petition for habeas corpus. See Gordon v. Duran, 895 F.2d 610, 612 (9th Cir. 1990). Moreover, in accordance with this court's

/////

1

1  July 24, 2007 order, respondent has until October 18, 2007 to file an answer or responsive

2  pleading.

3            Accordingly, IT IS HEREBY ORDERED that petitioner's September 25, 2007

4  request for default judgment is denied.

5  DATED: October 2, 2007.

6

7  _____

8  DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

9  DAD:9
   sand2250.default.hab

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2