IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES L. SANDERS,** | No. CIV S-05-2250 FCD DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **DIRECTOR OF CDC, et al.,** | |
| Respondents. | |

On October 11, 2007, respondents requested a 45-day extension of time to file a response to petitioner's application for a writ of habeas corpus.  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondents shall have until December 2, 2007, to answer or file another pleading responsive to the petition for writ of habeas corpus.

DATED: October 12, 2007.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/sand2250.111(2)